UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee of CHERI MYRON,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES POSTAL SERVICE, an independent agency of the United States Government; and JAMES P. BEAMISH,<br><br>      Defendants. | NO: 2:15-CV-235-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation and Motion for Order of Dismissal, ECF No. 13. Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Motion for Order of Dismissal, **ECF No. 13**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 1st day of June 2016.

                *s/ Rosanna Malouf Peterson*
               ROSANNA MALOUF PETERSON
                  United States District Judge